# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

161643

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

RANDY K. JEWETT
      Plaintiff-Appellant,

v

MESICK CONSOLIDATED SCHOOL
DISTRICT,
      Defendant-Appellee.

SC: 161643
COA: 348407
Wexford CC: 2018-027883-CD

_____/

On order of the Court, the application for leave to appeal the June 4, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021



Clerk

p0414